AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM12:5
RECEIVED FEB 2 '24

United States of America
v.
KEVIN MICHAEL ALSTRUP

*Defendant*

)
) Case: 1:24-mj-00044
) Assigned To : Harvey, G. Michael
) Assign. Date : 2/2/2024
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN MICHAEL ALSTRUP,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 02/02/2024

2024.02.02
12:18:34 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/2/24, and the person was arrested on *(date)* 2/6/24
at *(city and state)* Washington DC.

Date: 2/6/2024

*Arresting officer's signature*

Kayleen Bretz  DUSM
*Printed name and title*