# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:24-mj-44-GMH |
| : | |
| **KEVIN ALSTRUP,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Benjamin J. Smith, who may be contacted by telephone at 202-304-0977 or by email at benjamin.smith4@usdoj.gov, will appear on behalf of the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:      /s/
Benjamin J. Smith
Assistant United States Attorney
N.Y. Bar Number 5220637
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-304-0977 (c)
202-252-2428 (o)
Benjamin.smith4@usdoj.gov